1  DOUGLAS J. CLARK, State Bar No. 171499
   Email: dclark@wsgr.com
2  CYNTHIA A. DY, State Bar No. 172761
   Email: cdy@wsgr.com
3  THOMAS J. MARTIN, State Bar No. 150039
   Email: tmartin@wsgr.com
4  ANGIE YOUNG KIM, State Bar No. 270503
   Email: aykim@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  650 Page Mill Road
   Palo Alto, CA 94304-1050
7  Telephone: (650) 493-9300
   Facsimile: (650) 493-6811

9  Attorneys for Defendants
   SHAW HONG, DWIGHT STEFFENSEN,
10 JOSEPH JENG, HENRY YANG,
   WILLIAM HSU and Nominal Defendant
11 OMNIVISION TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS PENSION FUND OF WEST VIRGINIA, Derivatively on Behalf of OMNIVISION TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHAW HONG, DWIGHT STEFFENSEN, JOSEPH JENG, HENRY YANG and WILLIAM HSU, <br><br> Defendants. <br><br> -and- <br><br> OMNIVISION TECHNOLOGIES, INC., a Delaware corporation, <br><br> Nominal Party. | Case No.: 5:12-cv-01423 RMW <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR MOTIONS TO STAY OR DISMISS THE VERIFIED SHAREHOLDER COMPLAINT** |

1   Nominal Defendant OmniVision Technologies, Inc. ("OmniVision") plans to file a
2   motion to stay and motion to dismiss the Verified Shareholder Complaint ("Complaint") by
3   August 31, 2012, noticing January 18, 2013 as the hearing date. Individual defendants Shaw
4   Hong, Dwight Steffensen, Joseph Jeng, Henry Yang, and William Hsu also plan to file a motion
5   to dismiss by August 31, 2012, noticing the same hearing date.

6   The parties have met and conferred regarding a briefing schedule for these three motions.
7   Therefore, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel
8   for the parties, that any oppositions to the motion to stay and motions to dismiss must be filed by
9   November 16, 2012 and any replies must be filed by December 21, 2012.

Dated: August 29, 2012                    Respectfully submitted,

                                          WILSON SONSINI GOODRICH & ROSATI
                                          Professional Corporation
                                          650 Page Mill Road
                                          Palo Alto, CA 94304-1050
                                          Telephone: (650) 493-9300
                                          Facsimile:  (650) 493-6811

                                          By: /s/ Angie Young Kim
                                                  Angie Young Kim

                                          Attorneys for Defendants
                                          Shaw Hong, Dwight Steffensen, Joseph Jeng, Henry
                                          Yang, and William Hsu and Nominal Defendant
                                          OmniVision Technologies, Inc.,

| | | |
|---|---|---|
| 1 | Dated: August 29, 2012 | ROBBINS GELLER RUDMAN & DOWD LLP |

Dated: August 29, 2012     ROBBINS GELLER RUDMAN & DOWD LLP
Aelish M. Baig
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 288-4545
Facsimile: (415) 288-4534
          -and-
Benny C. Goodman III
Erik W. Luedeke
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

By: /s/ Benny C. Goodman III
      Benny C. Goodman III

Attorneys for Plaintiff
Carpenters Pension Fund of West Virginia

## [PROPOSED] ORDER

PURSUANT TO THE PARTIES' STIPULATION, any opposition papers to the defendants' motion to stay and motions to dismiss shall be filed by November 16, 2012; and any reply papers supporting those motions shall be filed by December 21, 2012.

IT IS SO ORDERED.

Dated: _____

                                      Honorable United States District Judge
                                      Ronald M. Whyte

1      I, Angie Young Kim, am the ECF User whose identification and password are being used to file the **Stipulation and [Proposed] Order Regarding Briefing Schedule For Motions To Stay Or Dismiss The Verified Shareholder Complaint**. In compliance with General Order 45.X.B, I hereby attest that Benny C. Goodman III has concurred in this filing.

Dated: August 29, 2012                                        /s/ Angie Young Kim
                                                                                                 Angie Young Kim