DOUGLAS J. CLARK, State Bar No. 171499
Email: dclark@wsgr.com
CYNTHIA A. DY, State Bar No. 172761
Email: cdy@wsgr.com
THOMAS J. MARTIN, State Bar No. 150039
Email: tmartin@wsgr.com
ANGIE YOUNG KIM, State Bar No. 270503
Email: aykim@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 493-6811

Attorneys for Defendants
SHAW HONG, DWIGHT STEFFENSEN,
JOSEPH JENG, HENRY YANG,
WILLIAM HSU and Nominal Defendant
OMNIVISION TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS PENSION FUND OF WEST VIRGINIA, Derivatively on Behalf of OMNIVISION TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHAW HONG, DWIGHT STEFFENSEN, JOSEPH JENG, HENRY YANG and WILLIAM HSU, <br><br> Defendants. <br><br> -and- <br><br> OMNIVISION TECHNOLOGIES, INC., a Delaware corporation, <br><br> Nominal Party. | Case No.: 5:12-cv-01423 RMW <br><br> **STIPULATION AND [] ORDER TEMPORARILY DEFERRING PROSECUTION OF DERIVATIVE ACTION** |

**STIPULATION**

WHEREAS, on August 31, 2012, nominal defendant OmniVision Technologies, Inc. ("OmniVision") filed a motion to stay proceedings [Dkt. No. 17] which has been noticed for hearing on January 18, 2013, along with the motions to dismiss filed by OmniVision and the individual defendants [Dkt. Nos. 19, 20]; and

WHEREAS, the parties in similar derivative actions pending in the Delaware Court of Chancery (*Pope v. Hong*, Civ. A. No. 7514-VCN), and in California Superior Court, Santa Clara County (*In re OmniVision Technologies Derivative Litigation*, Lead Case No. 1-12-CV-216875) (the "State Court Derivative Case"), now have agreed to stay proceedings in those actions pending a ruling on the motion to dismiss filed in this Court in the action captioned *In re OmniVision Technologies, Inc. Litigation*, Case No. 5:11-cv-5235-RMW (N.D. Cal.) (the "Securities Case");

WHEREAS, plaintiff in the present action has agreed to coordinate future litigation efforts, including discovery, if any, with the lead plaintiff in the State Court Derivative Case to avoid any duplicative work derivatively on behalf of OmniVision;

WHEREAS, in the event that any discovery is provided or produced to plaintiffs in the OmniVision Securities Case, by way of Court order or otherwise, defendants have agreed to provide copies of that discovery to lead plaintiff in the State Court Derivative Case (subject to any appropriate agreement or order governing confidentiality).

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

1. All proceedings in this action shall be stayed pending a ruling ("Ruling") from this Court on the motion to dismiss filed in the consolidated action *In re OmniVision Technologies, Inc. Litigation*, Case No. 5:11-cv-5235-RMW.

2. The January 18, 2013 hearing on defendants' motions shall be vacated.

3. Within twenty (20) days following the Ruling, the parties to the above-captioned action shall meet and confer regarding further proceedings and submit a joint status report to the Court.

4. At any time during which the prosecution of this case is deferred pursuant to the Order, a party may file a motion with the Court seeking to modify the terms of the Order, which may be opposed by any other party.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: October 25, 2012 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 493-6811 |
|  | By: */s/ Cynthia A. Dy*<br>    Cynthia A. Dy |
|  | Attorneys for Defendants |
| Dated: October 25, 2012 | ROBBINS GELLER RUDMAN & DOWD LLP<br>Aelish M. Baig<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>Telephone: (415) 288-4545<br>Facsimile: (415) 288-4534<br>        -and-<br>Benny C. Goodman III<br>Erik W. Luedeke<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 231-1058<br>Facsimile: (619) 231-7423 |
|  | By: */s/ Benny C. Goodman III*<br>    Benny C. Goodman III |
|  | Attorneys for Plaintiff<br>Carpenters Pension Fund of West Virginia |

**[] ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED THAT:

1. All proceedings in this action shall be stayed pending a ruling ("Ruling") from this Court on the motion to dismiss filed in the consolidated action *In re OmniVision Technologies, Inc. Litigation*, Case No. 5:11-cv-5235-RMW.

2. The January 18, 2013 hearing on defendants' motions shall be vacated.

3. Within twenty (20) days following the Ruling, the parties to the above-captioned action shall meet and confer regarding further proceedings and submit a joint status report to the Court.

4. At any time during which the prosecution of this case is deferred pursuant to the Order, a party may file a motion with the Court seeking to modify the terms of the Order, which may be opposed by any other party.

Dated: _____

Hon. Ronald M. Whyte
United States District Judge

STIPULATION AND W                               -3-

1  I, Angie Young Kim, am the ECF User whose identification and password are being used to file the **Stipulation and [Proposed] Order Regarding Stay of Proceedings**.  In compliance with General Order 45.X.B, I hereby attest that the signatories for the parties have concurred in this filing.

Dated:  October 25, 2012                                          /s/ *Angie Young Kim*
                                                                              Angie Young Kim