1  DOUGLAS J. CLARK, State Bar No. 171499
   Email: dclark@wsgr.com
2  CYNTHIA A. DY, State Bar No. 172761
   Email: cdy@wsgr.com
3  THOMAS J. MARTIN, State Bar No. 150039
   Email: tmartin@wsgr.com
4  ANGIE YOUNG KIM, State Bar No. 270503
   Email: aykim@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  650 Page Mill Road
   Palo Alto, CA 94304-1050
7  Telephone: (650) 493-9300
   Facsimile:  (650) 493-6811
8

9  Attorneys for Defendants
   SHAW HONG, DWIGHT STEFFENSEN,
10 JOSEPH JENG, HENRY YANG,
   WILLIAM HSU and Nominal Defendant
11 OMNIVISION TECHNOLOGIES, INC.

12                 UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14

15 | CARPENTERS PENSION FUND OF WEST        ) Case No.: 5:12-cv-01423 RMW
   | VIRGINIA, Derivatively on Behalf of     )
16 | OMNIVISION TECHNOLOGIES, INC.,          ) **STIPULATION AND [] ORDER TO EXTEND TEMPORARY DEFERRAL OF PROSECUTION OF DERIVATIVE ACTION**
   |                                         )
17 |              Plaintiff,                 )
   |                                         )
18 |       v.                                )
   |                                         )
19 | SHAW HONG, DWIGHT STEFFENSEN,           )
   | JOSEPH JENG, HENRY YANG and WILLIAM     )
20 | HSU,                                    )
   |                                         )
21 |              Defendants.                )
   |                                         )
22 |       -and-                             )
   |                                         )
23 | OMNIVISION TECHNOLOGIES, INC., a        )
   | Delaware corporation,                   )
24 |                                         )
   |              Nominal Party.             )
25 |                                         )
   |                                         )
26

27

28

STIP. & [] ORDER TO EXTEND
TEMPORARY DEFERRAL
CASE NO. 5:12-cv-01423-RMW

**STIPULATION**

WHEREAS, on December 4, 2012, this Court entered a Stipulation and Order temporarily deferring prosecution of this derivative action until the Court ruled on the motion to dismiss in the action captioned *In re OmniVision Technologies, Inc. Litigation*, Case No. 5:11-cv-5235-RMW (N.D. Cal.) (the "Securities Case") [Dkt. No. 25];

WHEREAS, on March 29, 2013, this Court ruled on the motion to dismiss filed in the Securities Case;

WHEREAS, on April 18, 2013, the parties filed a Joint Status Report in this action notifying the Court that the parties were still conferring regarding these proceedings and the proceedings in similar derivative actions pending in the Delaware Court of Chancery (*Pope v. Hong*, Civ. A. No. 7514-VCN), and California Superior Court, Santa Clara County (*In re OmniVision Technologies Derivative Litigation*, Lead Case No. 1-12-CV-216875) and would file another status report by May 6, 2013 [Dkt. No. 26];

WHEREAS, while the instant action asserts different causes of action, it involves some of the same parties and factual allegations as the Securities Case;

WHEREAS, based on the circumstances unique to this action, and to avoid unnecessary expenditure of judicial resources prior to resolution of an anticipated summary judgment motion in the Securities Case, the parties to this action have agreed, subject to this Court's approval, to extend the temporary deferral of prosecution, including motion practice and discovery, in this action until such time as the United States District Court has issued an order ruling on the defendants' anticipated summary judgment motion in the Securities Case;

WHEREAS, the parties in the *Pope* and *In re OmniVision* derivative actions also have agreed to continue the deferral of prosecution or stay of proceedings in those actions;

NOW THEREFORE, the undersigned parties, by and through their counsel of record, hereby stipulate as follows:

1. The terms of the prior Stipulation and Order shall be extended pending entry of an order from the United States District Court ruling on defendants' anticipated motion for summary judgment in *In re OmniVision Technologies, Inc. Litigation*, Case No. 5:11-cv-5235-

1  RMW (the "Ruling").

2      2.    Within twenty (20) days following the Ruling, the parties to the above-captioned
3  action shall meet and confer regarding further proceedings and submit a joint status report to the
4  Court.

5      3.    At any time during which the prosecution of this case is deferred pursuant to this
6  Order, a party may file a motion with the Court seeking to modify the terms of the Order, which
7  may be opposed by any other party. Any party filing a motion to modify the terms of the Order
8  will provide at least thirty (30) days notice to all other parties to the action before filing such a
9  motion.

10  Dated: May 6, 2013                      Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

By: /s/ Cynthia A. Dy
      Cynthia A. Dy

Attorneys for Defendants
Shaw Hong, Dwight Steffensen, Joseph Jeng, Henry Yang, William Hsu, and Nominal Defendant OmniVision Technologies, Inc.

ROBBINS GELLER RUDMAN & DOWD LLP
Aelish M. Baig
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 288-4545
Facsimile: (415) 288-4534
        -and-
Benny C. Goodman III
Erik W. Luedeke
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

By: /s/ Benny C. Goodman III
      Benny C. Goodman III

Attorneys for Plaintiff
Carpenters Pension Fund of West Virginia

**[] ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED THAT:

1. The terms of the prior Stipulation and Order shall be extended pending entry of an order from the United States District Court ruling on defendants' anticipated motion for summary judgment in *In re OmniVision Technologies, Inc. Litigation*, Case No. 5:11-cv-5235-RMW (the "Ruling").

2. Within twenty (20) days following the Ruling, the parties to the above-captioned action shall meet and confer regarding further proceedings and submit a joint status report to the Court.

3. At any time during which the prosecution of this case is deferred pursuant to this Order, a party may file a motion with the Court seeking to modify the terms of the Order, which may be opposed by any other party. Any party filing a motion to modify the terms of the Order will provide at least thirty (30) days notice to all other parties to the action before filing such a motion.

Dated: _____          _____

Hon. Ronald M. Whyte
United States District Judge

STIP. & [] ORDER TO EXTEND
TEMPORARY DEFERRAL                    -3-
CASE NO. 5:12-cv-01423-RMW