1  DOUGLAS J. CLARK, State Bar No. 171499
   Email: dclark@wsgr.com
2  CYNTHIA A. DY, State Bar No. 172761
   Email: cdy@wsgr.com
3  NICHOLAS R. MILLER, State Bar No. 274243
   Email: nmiller@wsgr.com
4  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
5  650 Page Mill Road
   Palo Alto, CA 94304-1050
6  Telephone: (650) 493-9300
   Facsimile: (650) 493-6811

8  Attorneys for Defendants
   SHAW HONG, DWIGHT STEFFENSEN,
9  JOSEPH JENG, HENRY YANG,
   WILLIAM HSU and Nominal Defendant
10 OMNIVISION TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS PENSION FUND OF WEST VIRGINIA, Derivatively on Behalf of OMNIVISION TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHAW HONG, DWIGHT STEFFENSEN, JOSEPH JENG, HENRY YANG and WILLIAM HSU, <br><br> Defendants. <br><br> -and- <br><br> OMNIVISION TECHNOLOGIES, INC., a Delaware corporation, <br><br> Nominal Party. | Case No.: 5:12-cv-01423 RMW <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | WHEREAS, Plaintiff Carpenters Pension Fund of West Virginia filed the shareholder derivative complaint in this action on behalf of nominal defendant OmniVision Technologies, Inc. ("OmniVision"); |
| 5 | WHEREAS, on April 30, 2015, OmniVision announced that its board had approved a merger agreement pursuant to which a consortium of private investors would acquire all shares of OmniVision for $29.75 cash per share; |
| 8 | WHEREAS, on January 28, 2016, OmniVision announced the completion of the transaction; |
| 10 | WHEREAS, counsel for the parties have conferred regarding a stipulation for dismissal of the complaint with each side to bear its own costs; |
| 12 | WHEREAS, this is a voluntary dismissal without prejudice as to Plaintiff, OmniVision or to any OmniVision stockholder(s); |
| 14 | WHEREAS, no consideration has been or will be paid by Defendants and/or Nominal Defendant OmniVision to Plaintiff or anyone acting on Plaintiff's behalf; |
| 16 | WHEREAS, for the reasons stated above, the parties believe that notice is not necessary under Federal Rule of Civil Procedure 23.1 to protect the interests of OmniVision or its stockholder(s); |
| 19 | WHEREAS, this stipulation constitutes the entire and complete agreement between Plaintiff, Defendants and OmniVision; |
| 21 | NOW, THEREFORE, subject to the approval of the Court, the parties hereby stipulate and agree as follows: |
| 23 | 1. Plaintiff hereby dismisses the complaint without prejudice, each side to bear its own costs. |
| 25 | **IT IS SO STIPULATED.** |

Dated: February 17, 2016

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

By: /s/ Douglas J. Clark
Douglas J. Clark

Attorneys for Defendants
Shaw Hong, Dwight Steffensen, Joseph Jeng, Henry Yang, William Hsu, and Nominal Defendant OmniVision Technologies, Inc.

ROBBINS GELLER RUDMAN & DOWD LLP
Aelish M. Baig
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 288-4545
Facsimile: (415) 288-4534
-and-
Travis E. Downs III
Benny C. Goodman III
Erik W. Luedeke
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

By: /s/ Travis E. Downs III
Travis E. Downs III

Attorneys for Plaintiff
Carpenters Pension Fund of West Virginia

## [PROPOSED] ORDER

Pursuant to stipulation of the parties, it is hereby ordered that the complaint is dismissed without prejudice, each side to bear its own costs.

**IT IS SO ORDERED.**

DATED: _____

_____
Honorable Ronald M. Whyte
United States District Judge