1  DOUGLAS J. CLARK, State Bar No. 171499
   Email: dclark@wsgr.com
2  CYNTHIA A. DY, State Bar No. 172761
   Email: cdy@wsgr.com
3  NICHOLAS R. MILLER, State Bar No. 274243
   Email: nmiller@wsgr.com
4  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
5  650 Page Mill Road
   Palo Alto, CA 94304-1050
6  Telephone:  (650) 493-9300
   Facsimile:  (650) 493-6811
7

8  Attorneys for Defendants
   SHAW HONG, DWIGHT STEFFENSEN,
9  JOSEPH JENG, HENRY YANG,
   WILLIAM HSU and Nominal Defendant
10 OMNIVISION TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CARPENTERS PENSION FUND OF WEST VIRGINIA, Derivatively on Behalf of OMNIVISION TECHNOLOGIES, INC., | ) ) ) | Case No.:  5:12-cv-01423 RMW |
|---|---|---|
| Plaintiff, | ) ) ) | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | ) ) | |
| SHAW HONG, DWIGHT STEFFENSEN, JOSEPH JENG, HENRY YANG and WILLIAM HSU, | ) ) ) ) | |
| Defendants. | ) ) | |
| -and- | ) ) | |
| OMNIVISION TECHNOLOGIES, INC., a Delaware corporation, | ) ) ) | |
| Nominal Party. | ) ) ) | |

JOINT STIPULATION AND [PROPOSED] ORDER
DISMISSING ACTION WITHOUT PREJUDICE
CASE NO. 5:12-cv-01423-RMW

## STIPULATION

WHEREAS, Plaintiff Carpenters Pension Fund of West Virginia filed the shareholder derivative complaint in this action on behalf of nominal defendant OmniVision Technologies, Inc. ("OmniVision");

WHEREAS, on April 30, 2015, OmniVision announced that its board had approved a merger agreement pursuant to which a consortium of private investors would acquire all shares of OmniVision for $29.75 cash per share;

WHEREAS, on January 28, 2016, OmniVision announced the completion of the transaction;

WHEREAS, counsel for the parties have conferred regarding a stipulation for dismissal of the complaint with each side to bear its own costs;

WHEREAS, this is a voluntary dismissal without prejudice as to Plaintiff, OmniVision or to any OmniVision stockholder(s);

WHEREAS, no consideration has been or will be paid by Defendants and/or Nominal Defendant OmniVision to Plaintiff or anyone acting on Plaintiff's behalf;

WHEREAS, for the reasons stated above, the parties believe that notice is not necessary under Federal Rule of Civil Procedure 23.1 to protect the interests of OmniVision or its stockholder(s);

WHEREAS, this stipulation constitutes the entire and complete agreement between Plaintiff, Defendants and OmniVision;

NOW, THEREFORE, subject to the approval of the Court, the parties hereby stipulate and agree as follows:

1. Plaintiff hereby dismisses the complaint without prejudice, each side to bear its own costs.

**IT IS SO STIPULATED.**

JOINT STIPULATION AND [PROPOSED] ORDER
DISMISSING ACTION WITHOUT PREJUDICE
CASE NO. 5:12-cv-01423-RMW

| | | |
|---|---|---|
| 1 | Dated: February 17, 2016 | Respectfully submitted, |
| 2 | | WILSON SONSINI GOODRICH & ROSATI |
| | | Professional Corporation |
| 3 | | 650 Page Mill Road |
| | | Palo Alto, CA 94304-1050 |
| 4 | | Telephone: (650) 493-9300 |
| | | Facsimile: (650) 493-6811 |
| 5 | | |
| | | By: /s/ Douglas J. Clark |
| 6 | | Douglas J. Clark |
| 7 | | Attorneys for Defendants |
| | | Shaw Hong, Dwight Steffensen, Joseph Jeng, Henry |
| 8 | | Yang, William Hsu, and Nominal Defendant |
| | | OmniVision Technologies, Inc. |
| 9 | | |
| 10 | | ROBBINS GELLER RUDMAN & DOWD LLP |
| | | Aelish M. Baig |
| 11 | | Post Montgomery Center |
| | | One Montgomery Street, Suite 1800 |
| 12 | | San Francisco, CA 94104 |
| | | Telephone: (415) 288-4545 |
| 13 | | Facsimile: (415) 288-4534 |
| | | -and- |
| 14 | | Travis E. Downs III |
| | | Benny C. Goodman III |
| 15 | | Erik W. Luedeke |
| | | 655 West Broadway, Suite 1900 |
| 16 | | San Diego, CA 92101 |
| | | Telephone: (619) 231-1058 |
| 17 | | Facsimile: (619) 231-7423 |
| 18 | | By: /s/ Travis E. Downs III |
| | | Travis E. Downs III |
| 19 | | |
| | | Attorneys for Plaintiff |
| 20 | | Carpenters Pension Fund of West Virginia |

### ~~[PROPOSED]~~ ORDER

Pursuant to stipulation of the parties, it is hereby ordered that the complaint is dismissed without prejudice, each side to bear its own costs.

**IT IS SO ORDERED.**

DATED: 2/18/2016

*Ronald M. Whyte*
Honorable Ronald M. Whyte
United States District Judge

JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER
DISMISSING ACTION WITHOUT PREJUDICE
CASE NO. 5:12-cv-01423-RMW